# Court of Appeals
# of the State of Georgia

ATLANTA, __September 21, 2015__

*The Court of Appeals hereby passes the following order:*

**A16D0012.  IN THE INTEREST OF: M. K., A CHILD (FATHER).**

On August 21, 2015, Codie Roy Khanamakhom filed an application for out-of-time discretionary appeal in this termination of parental rights case. The trial court entered an order terminating his parental rights on June 25, 2015.  We, however, lack jurisdiction to consider Khanamakhom's application.

To be valid, an application for discretionary appeal must be filed within 30 days after the entry of the appealable order, and this Court lacks jurisdiction to consider an untimely application. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Although a party may request an extension of time for filing a discretionary application, the motion must be made on or before the application's due date.  See Court of Appeals Rule 31 (g). Here, Khanamakhom's application was filed after the statutory time period had expired, and this Court is unable to accept an untimely application. Accordingly, we lack jurisdiction to review the application, which is hereby DISMISSED.

We note, however, that Khanamakhom contends he was unable to comply with this statutory deadline because the trial court failed to serve his counsel with a copy of the order termination his rights in a timely manner.  If Khanamakhom did not receive timely notice of the order, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem.  *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).  The re-entry of the order will begin anew the time for filing an application in this Court.  See *Cambron*, supra.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____09/21/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*